## 13153.   FLOYD *et al. v.* THE STATE.

LUKE, J. A conviction of the offense of larceny from the house was fully supported by the evidence; the verdict has the approval of the trial judge, and the defendants had a legal trial. It was not error to over-

rule the motion for a new trial, which was based only upon the usual general grounds.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 7, 1922.

Indictment for larceny from house; from Pulaski superior court — Judge Graham.   November 12, 1921.

*D. R. Pearce, H. F. Lawson,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MARCH 7, 1922.